UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**RANDY MATHEWS ET AL**           **CASE NO. 1:23-CV-00214**

**VERSUS**                         **JUDGE TERRY A. DOUGHTY**

**FOREMOST INSURANCE CO**         **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT OF DISMISSAL**

Considering the foregoing Motion to Dismiss with Prejudice [Doc. No. 30],

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Motion is **GRANTED**, and Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONROE, LOUISIANA, this 14th day of November, 2024.

_____
Terry A. Doughty
United States District Judge